v.

### Michelle K. LEE, Director, U.S. Patent and Trademark Office, United States Patent and Trademark Office, Defendants–Appellees

2016–1232

United States Court of Appeals,
Federal Circuit.

August 5, 2016

### MANNATECH, INC., Plaintiff–Appellee

v.

### WELLNESS QUEST, LLC, Harley Reginald McDaniel, Defendants–Appellants

2016–1295

United States Court of Appeals,
Federal Circuit.

August 5, 2016

ERIC WOLF PINKER, Lynn Pinker Cox & Hurst LLP, Dallas, TX, argued for plaintiff-appellee. Also represented by JARED DANIEL EISENBERG, MARK EDWARD TURK.

NICOLE W. STAFFORD, Wilson, Sonsini, Goodrich & Rosati, PC, Austin, TX, argued for defendants-appellants. Also represented by ADEN M. ALLEN, OLIN RAY HEBERT, III; THEODORE G. BAROODY, Carstens & Cahoon, L.L.P., Dallas, TX.

## JUDGMENT

Per Curiam (Lourie, O'Malley, and Taranto, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**